# Third District Court of Appeal
## State of Florida

Opinion filed March 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1086
Lower Tribunal No. 24-14534-CC-23
_____


**Norman Chera,**
Appellant,

vs.

**Arlyns De La Riva,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Chiaka Ihekwaba, Judge.

Norman Chera, in proper person.

Erra Law and Carlos F. Rodriguez, for appellee.


Before LOGUE, C.J., and EMAS and LOBREE, JJ.

PER CURIAM.

Norman Chera appeals the final judgment of removal of tenant

rendered on April 5, 2024. Chera filed his notice of appeal on June 13, 2024. As the notice of appeal was not filed within thirty days, we are precluded from exercising jurisdiction, and the appeal must be dismissed. See Fla. R. App. P. 9.110(b) ("Jurisdiction of the court under this rule must be invoked by filing a notice with the clerk of the lower tribunal within 30 days of rendition of the order to be reviewed . . . ."); Pennywell v. Dep't of Revenue ex rel. Woodard, 62 So. 3d 19, 20 (Fla. 1st DCA 2011) ("The filing deadline is jurisdictional, and the untimely filing of a notice of appeal precludes the court from exercising jurisdiction over the appeal." (citing Peltz v. Dist. Ct. of Appeal, Third Dist., 605 So. 2d 865, 866 (Fla. 1992))).

Dismissed.